IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **VICTOR IKE IWUOHA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| v. | )    2:05cv280-T |
| | )       (WO) |
| **MICHEAL CHERTOFF, et al.,** | ) |
| | ) |
| Respondents. | ) |

ORDER

After and independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. Nos. 6 & 7) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

(3) This cause is transferred to United States District Court for the Eastern District of Louisiana.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 18th day of April, 2005.**

<u>   /s/ Myron H. Thompson   </u>
**UNITED STATES DISTRICT JUDGE**